## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Devon Turner

                      Plaintiff,

v.                                             Case No.: 1:24–cv–01324
                                                                     Honorable Charles P. Kocoras

Zeigler Hoffman Estates I, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff has ignored the Court's orders to file a status report four times. Dkt. # 6, 7, 9, 10. While Plaintiff finally filed proof of service on 6/25/2024 [10], the certified mail return receipt bears a date of 2/26. Yet, Plaintiff requested service by the USMS on 4/23/2024 [8]. The Court will allow Plaintiff one final chance to comply with its orders and file a status report by 7/18/2024. The status report should specifically state when and how Defendant was served, and how Plaintiff intends to proceed with his case, given that Defendant has neither appeared nor answered the complaint. Plaintiff is warned that failure to file a status report with this information by 7/18/2024 may result in dismissal of this case for want of prosecution or other appropriate sanction. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.